**Deny and Opinion Filed July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00876-CV

### IN RE FIESTA MART, INC., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06510-A**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justices FitzGerald and Francis
Opinion by Chief Justice Wright

Before the Court is relator's petition for writ of mandamus. The rules of appellate procedure require that petitions for writs of mandamus include the unequivocal statement that the person filing the petition "has reviewed the petition and concluded that every factual statement is supported by competent evidence included in the appendix or record." TEX. R. APP. P. 52.3(j). Relator's certification does not satisfy the rules of appellate procedure. *See In re Butler,* 270 S.W.3d 757, 758–59 (Tex. App.—Dallas 2008, orig. proceeding) (denying petition for writ of mandamus because petition and record not authenticated as required by the Texas Rules of Appellate Procedure).

Accordingly, we **DENY** relator's petition for writ of mandamus.

140876F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE